UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **MARQUISE 7 ENTERPRISES, LLC,** | ) | Case No. 11-57034-JEM |
| | ) | |
| Debtor. | ) | Judge James E. Massey |
| | ) | |
| **AMERIS BANK,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | **CONTESTED MATTER** |
| | ) | |
| **MARQUISE 7 ENTERPRISES, LLC,** | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR EXPEDITED HEARING ON AMERIS BANK'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW, **AMERIS BANK ("Ameris")** as assignee and successor in interest to The Federal Deposit Insurance Corporation, as Receiver for American United Bank, by and through its counsel, and files its Motion for Expedited Hearing on its Motion Relief from the Automatic Stay pursuant to Fed. R. Bank. P 4001(a)(3) [Doc. 4] (the "Motion for Relief") and in support thereof, respectfully shows the Court as follows:

1.  On March 7, 2011, Ameris filed its Motion for Relief seeking the entry of an Order, pursuant to 11 U.S.C. § 362(d), granting Ameris relief from the automatic stay to authorize Ameris to exercise all available remedies to it under its loan documents (as defined in the Motion for Relief, the "Loan Documents") including, the prosecution of its pending state court litigation (as defined in the Motion for Relief, the "State Court Action") against Debtor

Marquise 7 Enterprises, LLC (the "Debtor") and to foreclose its first-priority interest in Debtor's real property (as defined in the Motion, the "Property").

2. As set forth in the Motion, Ameris is the single secured creditor of the Debtor and this is the second bankruptcy petition in a long effort to delay and hinder Ameris' legitimate rights under it Loan Documents, including Ameris' prosecution of the State Court Action.

3. Counsel for the Debtor has informed Ameris that (i) there is no insurance on the Property and (ii) the Debtor does not oppose relief from stay.  Counsel for the Debtor has not given its consent to that portion of the Motion for Relief seeking to bar any further bankruptcy petition by Debtor until Ameris has prosecuted its State Court Action and foreclosed on its interest in the Property.

4. The Debtor has also learned that there are numerous issues respecting the deteriorating condition of the Property, including, *inter alia*, broken windows and lights that require Ameris' immediate access to the Property.

5. Accordingly, Ameris requests that a hearing on its Motion for Relief be set on March 15, 2011 on an expedited basis.

WHEREFORE, Ameris prays that the Court enter an Order in substantially the same form as attached hereto as Exhibit A (i) setting an expedited hearing on Ameris' Motion for Relief for March 15, 2011, and (ii) for such other and further relief as the Court deems just and proper.

Dated: March 7, 2011

                TAYLOR ENGLISH DUMA LLP

                By: *//s//Valerie K. Richmond*
                    Paul G. Durdaller
                    Georgia Bar No. 234890
                    Valerie K. Richmond
                    Georgia Bar No. 142188
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339

Direct: 678.336.7174
Main: 770.434.6868
Fax: 770.434.7376
pdurdaller@taylorenglish.com

Attorneys for Ameris Bank, as assignee and successor in interest to the Federal Deposit Insurance Corporation, as Receiver for American United Bank

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **MOTION FOR EXPEDITED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was served on: (i) all Filing Users by electronic notification through the Notice of Electronic Filing; and (ii) all of the below listed parties via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed thereto ensure delivery.

Edward F. Danowitz, Jr.
Danowitz & Associates, P.C.
300 Galleria Parkway, NW
Suite 960
Atlanta, GA 30339

Marquise 7 Enterprises, LLC
4943 Snapfingerwoods Drive
Decatur, GA 30035

Jordan E. Lubin
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307


Dated:  March 7, 2011

        TAYLOR ENGLISH DUMA LLP

        By: *//s// Paul G. Durdaller*
           Paul G. Durdaller
           Georgia Bar No. 234890
           Valerie K. Richmond
           Georgia Bar No. 142188
        1600 Parkwood Circle, Suite 400
        Atlanta, Georgia  30339

        Attorneys for Ameris Bank, as assignee and successor in interest to The Federal Deposit Insurance Corporation, as Receiver for American United Bank