# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **MARQUISE 7 ENTERPRISES, LLC,** | ) | Case No. 11-57034-JEM |
| | ) | |
| Debtor. | ) | Judge James E. Massey |
| | ) | |
| **AMERIS BANK,** | ) | |
| | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | **CONTESTED MATTER** |
| | ) | |
| **MARQUISE 7 ENTERPRISES, LLC,** | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR EXPEDITED HEARING
## ON AMERIS BANK'S MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

This Matter came before the Court on the Motion of **AMERIS BANK,** as assignee and successor in interest to The Federal Deposit Insurance Corporation, as Receiver for American United Bank, for Expedited Hearing (the "Motion") on its Motion Relief from the Automatic Stay pursuant to Fed. R. Bank. P 4001(a)(3) [Doc. 3] (the "Motion for Relief"). Pursuant to the Motion, Ameris requested that an expedited hearing on its Motion for Relief be set for March 15, 2011.

Upon consideration of the pleadings filed with the Court, the Court finds adequate cause exists to grant the Motion and the relief requested therein. Accordingly, it is hereby:

{00054491.DOC / } 2

**ORDERED** that the Motion is **GRANTED**; it is

**FURTHER ORDERED** that the hearing on the Motion for Relief will be held in Courtroom 1202, U.S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, at 10:15 a.m. on March 15, 2011.

**\*\*END OF ORDER\*\***

**Order prepared and presented by:**

TAYLOR ENGLISH DUMA LLP

By:*/s//Valerie K. Richmond*
      Paul G. Durdaller
      Georgia Bar No. 234890
      Valerie K. Richmond
      Georgia Bar No. 142188
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339

Attorneys for Ameris Bank,
as assignee and successor in interest to
The Federal Deposit Insurance Corporation,
as Receiver for American United Bank

## DISTRIBUTION LIST

Edward F. Danowitz, Jr.
Danowitz & Associates, P.C.
300 Galleria Parkway, NW
Suite 960
Atlanta, GA 30339

Marquise 7 Enterprises, LLC
4943 Snapfingerwoods Drive
Decatur, GA 30035

Jordan E. Lubin
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307

Paul G. Durdaller
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339

{00054491.DOC / }                                             4